IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02672-RPM

ONEWEST BANK, FSB,
a Delaware Corporation,

      Plaintiff,

v.

BRUCE C. MCDONALD,

      Defendant.

---

## JUDGMENT

---

      Pursuant to the Order of Dismissal entered by Senior Judge Richard P. Matsch February 14, 2014, it is

      ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

      Date: February 14, 2014

                                FOR THE COURT:

                                JEFFREY P. COLWELL, Clerk

                                    s/M. V. Wentz
                              By_____
                                      Deputy